



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE HENDERSON, SR., ) | Case No. CV 06-4348-VBF(RC) |
| Plaintiff, ) ) | |
| vs. ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| ROBERT L. AYERS, JR. (A), ) ) | MAGISTRATE JUDGE |
| Defendant. ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) defendant's motion for summary judgment is granted, and Judgment shall be entered dismissing the complaint and action as moot.

//

//

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: June 13, 2008

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&R\06-4348.ado
3/13/08