LODGED
CLERK, U.S. DISTRICT COURT

MAR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARTHUR LEE HENDERSON, SR.,        ) Case No. CV 06-4348-VBF(RC)
                                  )
                    Plaintiff,    )
                                  )
vs.                               ) JUDGMENT
                                  )
ROBERT L. AYERS, JR. (A),         )
                                  )
                    Defendant.    )
_____)

    Pursuant to the Order of the Court approving the

recommendations of the United States Magistrate Judge, and

adopting the same as the facts and conclusions of law herein,


    IT IS ADJUDGED that Judgment be entered dismissing the

complaint and action as moot.

DATED:  _June 13, 2008_


                              _____
                              VALERIE BAKER FAIRBANK
                              UNITED STATES DISTRICT JUDGE

R&Rs\06-4348.JUD
3/14/08